**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chad Edwin LANGFORD,**
**Defendant–Appellant.**

No. 11–12332
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 5, 2012.

Gray M. Borden, Leura Garrett Canary, Brandon K. Essig, Tommie Brown Hardwick, Monica Anne Stump, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Daniel Gary Hamm, Daniel G. Hamm, PC, Montgomery, AL, for Defendant–Appellant.

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Daniel G. Hamm, appointed counsel for Chad Edwin Langford, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Langford's convictions and sentences are **AFFIRMED.**